IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01241-MSK-CBS

COMPLIANCE MARKETING, INC.;
COMPLIANCE SERVICES OF EAST TEXAS;
CONNIE D. HAGEN, INC., d/b/a DATCS: DRUG & ALCOHOL TESTING COMPLIANCE SERVICES;
DRUG TESTING, INC.;
FLEETSCREEN, LTD.;
KRISTINA CONSULTING GROUP, LLC; and
PANHANDLE EMPLOYERS SERVICES, INC.,

   Plaintiffs,

v.

DRUGTEST, INC. d/b/a DISA, INC.;
DRUGTEST, INC., d/b/a DRUG INTERVENTION SERVICES OF AMERICA, INC.;
BP AMERICA, INC.;
BP P.L.C.;
CHS, INC.;
CONOCOPHILLIPS COMPANY;
MARATHON PETROLEUM COMPANY LLC;
MARATHON OIL COMPANY;
EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US;
SUNOCO, INC.;
TESORO COMPANIES, INC.;
VALERO ENTERGY CORPORATION;
APACHE CORPORATION;
ENCANA OIL & GAS (USA) INC.;
ENCANA CORPORATION;
SHELL EXPLORATION & PRODUCTION COMPANY; and
STONE ENERGY CORPORATION,

   Defendants.

**ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS**

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 16th day of June, 2009.

                    **BY THE COURT:**

                    */s/ Marcia S. Krieger*

                    Marcia S. Krieger
                    United States District Judge