IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01241-MSK-CBS

COMPLIANCE MARKETING, INC.;
COMPLIANCE SERVICES OF EAST TEXAS;
CONNIE D. HAGEN, INC., d/b/a DATCS: DRUG & ALCOHOL TESTING COMPLIANCE SERVICES;
DRUG TESTING, INC.;
FLEETSCREEN, LTD.;
KRISTINA CONSULTING GROUP, LLC; and
PANHANDLE EMPLOYERS SERVICES, INC.,

       Plaintiffs,

v.

DRUGTEST, INC. d/b/a DISA, INC.;
DRUGTEST, INC., d/b/a DRUG INTERVENTION SERVICES OF AMERICA, INC.;
BP AMERICA, INC.;
BP P.L.C.;
CHS, INC.;
CONOCOPHILLIPS COMPANY;
MARATHON PETROLEUM COMPANY LLC;
MARATHON OIL COMPANY;
EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US;
SUNOCO, INC.;
TESORO COMPANIES, INC.;
VALERO ENTERGY CORPORATION;
APACHE CORPORATION;
ENCANA OIL & GAS (USA) INC.;
ENCANA CORPORATION;
SHELL EXPLORATION & PRODUCTION COMPANY; and
STONE ENERGY CORPORATION,

       Defendants.

## ORDER OF RECUSAL

**THIS MATTER** arises *sua sponte*. The undersigned is a beneficiary of a trust whose assets include shares in one of the parties. Accordingly, the undersigned has a financial interest

in a party to the proceeding, and 28 U.S.C. § 455(b)(4) and the CODE OF CONDUCT FOR UNITED STATES JUDGES require her recusal in this matter

Accordingly, the undersigned hereby **RECUSES** herself from hearing this matter.

The Clerk shall randomly reassign this case to another judge of this Court.

DATED this 17th day of June, 2009.

**BY THE COURT:**

*/s/ Marcia S. Krieger*

Marcia S. Krieger
United States District Judge