IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 09-cv-01241-ZLW-CBS

COMPLIANCE MARKETING INC.;
COMPLIANCE SERVICES OF EAST TEXAS;
CONNIE D. HAGEN, INC. d/b/a
    DATCS: DRUG & ALCOHOL TESTING COMPLIANCE SERVICES;
DRUG TESTING, INC.;
FLEETSCREEN, LTD.;
KRISTINA CONSULTING GROUP, LLC; and
PANHANDLE EMPLOYERS SERVICES, INC.,

    Plaintiffs,

v.

DRUGTEST, INC. d/b/a DISA, INC.;
DRUGTEST, INC. d/b/a DRUG INTERVENTION SERVICES OF AMERICA, INC.;
BP AMERICA, INC.;
BP P.L.C.;
CHS, INC.;
CONOCO PHILLIPS COMPANY;
MARATHON PETROLEUM COMPANY LLC;
MARATHON OIL COMPANY;
EQUILON ENTERPRISES LLC d/b/a SHELL OIL PRODUCTS US;
SUNOCO, INC;
TESPORO COMPANIES, INC.;
VALERO ENERGY CORPORATION;
APACHE CORPORATION;
ENCANA OIL & GAS (USA) INC.;
ENCANA CORPORATION;
SHELL EXPLORATION & PRODUCTION COMPANY; and
STONE ENERGY CORPORATION,

    Defendants.

ORDER

After consideration of the case file herein, I hereby exercise my discretion as a senior judge to decline this case. Therefore, it is

ORDERED that this case is returned to the Clerk's office for reassignment to another judge.

DATED at Denver, Colorado, this 23rd day of June, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court