**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01241-CMA-CBS

COMPLIANCE MARKETING, INC.;
COMPLIANCE SERVICES OF EAST TEXAS;
CONNIE D. HAGEN, INC., d/b/a DATCS: DRUG & ALCOHOL
    TESTING COMPLIANCE SERVICES;
DRUG TESTING, INC.;
FLEETSCREEN, LTD.;
KRISTINA CONSULTING GROUP, LLC; and
PANHANDLE EMPLOYERS SERVICES, INC.,

    Plaintiffs,

v.

DRUGTEST, INC. d/b/a DISA, INC.;
DRUGTEST, INC., d/b/a DRUG INTERVENTION SERVICES OF AMERICA, INC.;
BP AMERICA, INC.;
BP P.L.C.;
CHS, INC.;
CONOCOPHILLIPS COMPANY;
MARATHON PETROLEUM COMPANY LLC;
MARATHON OIL COMPANY;
EQUILON ENTERPRISES LLC, d/b/a SHELL OIL PRODUCTS US;
SUNOCO, INC.;
TESORO COMPANIES, INC.;
VALERO ENTERGY CORPORATION;
APACHE CORPORATION;
ENCANA OIL & GAS (USA) INC.;
ENCANA CORPORATION;
SHELL EXPLORATION & PRODUCTION COMPANY; and
STONE ENERGY CORPORATION,

    Defendants.

---

**ORDER OF RECUSAL**

---

This matter is before me on a review of the file. Based on my past professional relationship with counsel for Defendant BP America, Inc., I believe that I should recuse myself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

DATED: August __28__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge