IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01241-PAB-CBS

COMPLIANCE MARKETING, INC., et al.,

     Plaintiffs,

v.

DRUGTEST, INC., et al.,

     Defendants.

_____

**ORDER OF RECUSAL**
_____

     This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, counsel for defendants Marathon Petroleum Company, LLC and Marathon Oil Company.  For this reason, it would be inappropriate for me to preside over this case.  Accordingly, I will recuse myself.  It is therefore

     ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

     DATED September 1, 2009.

                    BY THE COURT:


                    s/Philip A. Brimmer_____
                    PHILIP A. BRIMMER
                    United States District Judge