IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-01241-JLK-CBS**

**COMPLIANCE MARKETING, INC., et al.**,

        Plaintiffs,

v.

**DRUGTEST, INC., et al.,**

        Defendants.

---

**AMENDED ORDER OF REFERENCE TO MAGISTRATE JUDGE**

---

Judge John L. Kane **ORDERS**

    The Order of Reference to Magistrate Judge originally issued by Judge Krieger (Doc. 4) is REITERATED with the following modifications:

    1.  Given the information and disclosures to which Magistrate Judge Shaffer will be privy under my procedures for Rule 16 conferences, it is both prudent and my general practice that matters of settlement be handled by a different judicial officer than the one who manages pretrial proceedings and the Order of Reference is MODIFIED to WITHDRAW THE REFERENCE for settlement conferences.  At any time one or other party believes a settlement conference may be fruitful, that party should contact my chambers for a referral, and one will be ordered forthwith.

    2.  In addition, and while the referral for the Magistrate Judge to conduct hearings and issue recommendations on "specifically referred" dispositive motions is left unaltered, the parties are advised that I refer such motions rarely, and absent special circumstances not envisaged at this time, I will rule on any dispositive motions myself in this case.

---

Dated:  September 9, 2009