# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  09-cv-01241-JLK-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:   January 12, 2010** | **Courtroom Deputy:**  Linda Kahoe |

| | |
|---|---|
| COMPLIANCE MARKETING, INC., *et al.,* | Joseph Y. Ahmad |
| | Dona Szak |
| | Frances A. Koncilja |
| Plaintiff, | |
| v. | |
| DRUGTEST, INC., *et al.,* | James Michael Lyons |
| | Michael L. Francisco |
| | Donald Bruce Hoffman |
| | Ryan A. Shores |
| BP AMERICA, INC. | Jeffrey S. Vail |
| CHS, INC., | Mark Evans Harris |
| CONOCOPHILLIPS COMPANY, | George S. Cary |
| | Steven J. Kaiser |
| | John DeGeeter |
| MARATHON PETROLEUM COMPANY LLC, *et al.*, | James Edward Hartley |
| | M. Antonio Gallegos |
| EQUILON ENTERPRISES LLC, *et al.,* | Rufus W. Oliver, III |
| TESORO COMPANIES, INC., | Katrina Casey Lewis |
| | Gregory J. Kerwin |
| | Autum Leigh White |
| VALERO ENERGY CORPORATION, | Todd R. Seelman |
| | Sherena Shawrieah |
| | Richard M. Butler |
| APACHE CORPORATION, | |
| ENCANA OIL & GAS (USA), INC., | Bobbee J. Musgrave |
| STONE ENERGY CORPORATION, | |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in session:       10:01 a.m.**
Court calls case.  Appearances of counsel.

Discussion regarding pending motions previously referred from Judge Kane.  The court advises counsel that Judge Kane will rule on the Motion to Dismiss First Amended Complaint, doc #[104], filed 9/30/2009, and on The Operator Defendants' Motion to Dismiss Claims Against Them in the Second Amended Complaint, doc #[133], filed 11/17/2009.

Discussion regarding Motion to Stay Discovery, doc #[119], filed 10/15/2009.  Plaintiffs state no opposition the Motion.

For the reasons as stated on the record, it is:

**ORDERED**:   Motion to Stay Discovery, doc #[119] is **GRANTED**.

HEARING CONCLUDED.

**Court in recess**:       **10:12 a.m.**
Total time in court:     00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.